UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCKEFELLER PHOTOS, LLC,

                              Plaintiff,

-against-

V.T. MEAT & GROCERY INC., d/b/a Food Fair
Wholesale Fresh Market, and STARPRINT
PUBLICATIONS INC.,

                              Defendant(s).

25-CV-9537 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff filed an amended complaint on January 23, 2026. ECF No. 28. In accordance with this Court's Individual Rules, Defendant Starprint Publications Inc. filed a letter on February 12, 2026, indicating that it would rely on its previously filed motion to dismiss. ECF No. 29. The Court's Individual Rules state that within 21 days of an amended complaint being filed, the moving party must: "(1) file an answer; (2) file a new motion to dismiss; or (3) file a letter stating that it relies on the initially filed motion to dismiss." Individual Rules and Practices in Civil Cases 4(e). Defendant V.T. Meat & Grocery Inc. still has not filed an answer, new motion to dismiss, or letter with the Court. Accordingly, by **February 24, 2026**, Defendant V.T. Meat & Grocery Inc. is directed to comply with Individual Rule 4(e).

Dated: February 17, 2026
        White Plains, New York

                                                    SO ORDERED.

                                                    _____
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge