UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCKEFELLER PHOTOS, LLC,

                    Plaintiff,

          -against-

V.T. MEAT & GROCERY INC., d/b/a Food Fair
Wholesale Fresh Market, and STARPRINT
PUBLICATIONS, INC.,

                    Defendant(s).

25-CV-9537 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On February 24, 2026, Defendant V.T. Meat & Grocery filed a letter indicating that it would rely on its previously filed Motion to Dismiss in this case. ECF No. 32; *see also* ECF No. 23. On March 10, 2026, Plaintiff filed its Opposition. ECF No. 34. To date, no reply has been filed. Accordingly, by April 9, 2026, Defendant V.T. Meat & Grocery is directed to file its reply. If no reply is made by that date, the Court will consider the motion fully briefed.

Dated: April 3, 2026
          White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge